**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 21-20047-D1

v.                                                  Hon. Denise Page Hood

NICHOLAS DILLON,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT PENDING 18 U.S.C. § 3582(c)(1)(A)(i) MOTION FOR COMPASSIONATE RELEASE [ECF NO. 27]**

Before the Court is Defendant Nicholas Dillon's motion for leave to supplement pending 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. [ECF No. 27]. Dillon wishes to add an exhibit documenting the details of his mother's medical condition in support of his request for compassionate release. Dillon's motion for compassionate release includes letters from several doctors and medical professionals which note the capacity in which they care for Dillon's mother and her current state. [ECF No23, PageID.213-16]. Each doctor appears to have been given permission by Ms. Dillon to divulge the details of her health conditions. It is not clear that Ms. Dillon has granted the same permission for Dillon to file the present document which includes a detailed medical history, current medications physician notes, and other information that is generally protected. The documents

previously provided provide enough information for the Court to have a clear picture as to the extent of Ms. Dillon's health conditions. Therefore, Dillon's motion for leave to supplement his motion for compassionate release is DENIED.

    SO ORDERED.

                                                         /s/Denise Page Hood  
                                                         Denise Page Hood  
                                                         United States District Judge

Dated: June 24, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record or party on June 24, 2025, by electronic and/or ordinary mail.